UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Dorothy Spikner**,   *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No.: 2:10-cv-204 ) |
| **AmeriCredit Financial Services, Inc.**, et al,   *Defendants*. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff and Defendant HomeTown Credit Corporation, by and through their respective counselors, and stipulate, pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* that all claims alleged in the Complaint by Plaintiff against Defendant HomeTown Credit Corporation are due to be dismissed with prejudice, with the Parties bearing their own costs, attorney's fees and expenses.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures for Civil Cases, Attorney Jennifer A. Smith certifies that she has the express permission and agreement of counsel for Defendant to affix her respective electronic signature hereon, and further certifies that the Parties have agreed to the terms and conditions of the Joint Stipulation of Dismissal.

**RESPECTFULLY SUBMITTED** this the 26th day of April 2010.

  /s/ Jennifer A. Smith
Jennifer A. Smith (SMI313)
*Attorney for Plaintiff*
VICKERS & WHITE, PLLC
428 South Lawrence Street
Montgomery, AL 36104
Telephone: (334)269-1192
Facsimile: (334)239-7408
jsmith@vickersandwhitelaw.com

  /s/ Jaime Erdberg
*Attorney for HomeTown Credit Corp.*
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
jerdberg@Sirote.com


## CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the foregoing document has been served on all counsel of record via this Court's CM/ECF electronic filing system on this the 26th day of April 2010.

  /s/ Jennifer A. Smith
OF COUNSEL