IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY SPIKNER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-CV-204-WKW |
| ) | |
| AMERICREDIT FINANCIAL ) | |
| SERVICES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 38), which comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's action against Defendant AmeriCredit Financial Services, Inc., has been dismissed by operation of Rule 41, on the terms agreed to and set out by Plaintiff and this Defendant. The Clerk of the Court is DIRECTED to record Defendant AmeriCredit Financial Services, Inc.'s dismissal in the court's electronic files.

It is further ORDERED that Defendant AmeriCredit Financial Services, Inc.'s Motion to Dismiss (Doc. # 24) is DENIED as moot.

DONE this 11th day of May, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE