IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY SPIKNER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-CV-204-WKW |
| ) | |
| AMERICREDIT FINANCIAL ) | |
| SERVICES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the parties' Joint Stipulations of Dismissal with Prejudice (Docs. # 44, 45), which comport with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's action against Defendants Equifax Information Services, LLC, and Nissan Motor Acceptance Corporation has been dismissed by operation of Rule 41, on the terms agreed to and set out by Plaintiff and these Defendants. The Clerk of the Court is DIRECTED to record in the court's electronic files the dismissal of Defendants Equifax Information Services, LLC, and Nissan Motor Acceptance Corporation.

It is further ORDERED that Defendant Nissan Motor Acceptance Corporation's Motion to Dismiss (Doc. # 29) is DENIED as moot.

DONE this 21st day of May, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE