IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY SPIKNER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AMERICREDIT FINANCIAL )<br>SERVICES, INC., *et al.*, )<br>)<br>    Defendants. ) | CASE NO. 2:10-CV-204-WKW |

## **ORDER**

Before the court are the parties' Joint Stipulations of Dismissal with Prejudice (Docs. # 51-52), which are construed as motions to dismiss made pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure.[1]  Upon consideration of the motions (Docs. # 51-52), it is ORDERED that the motions are GRANTED, and that Plaintiff's claims against Defendants Trans Union LLC and First National Collection Bureau, Inc., are DISMISSED with prejudice, with each party to bear her and its own costs.

The Clerk of the Court is DIRECTED to close this case.

DONE this 25th day of June, 2010.

                                    /s/ W.  Keith Watkins
                            UNITED STATES DISTRICT JUDGE

---

[1] A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Rule 41(a)(1) does not apply.  Fed. R. Civ. P. 41(a)(2).  Rule 41(a)(1)(A) allows for dismissal without a court order: (i) before an opposing party serves either an answer or a motion for summary judgment; or (ii) if the joint stipulation of dismissal is signed by all of the parties who have appeared. Not all of the parties who have appeared in this action have signed the stipulation of dismissal, and Defendants Trans Union LLC and First National Collection Bureau, Inc., have filed answers.  Dismissal, thus, must be by motion.  Fed. R. Civ. P. 41(a)(2).